US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

MAR 26 2026

Ronald E. Dowling
By_____
Deputy Clerk

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

## for the

### Western _____ District of __Arkansas

### Texarkana Division

Wynnefort Mona Bell )
)
)
) Case No.  4:26-cv-04024 _____
) *(to be filled in by the Clerk's Office)*
_____  _____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)*  ☑ Yes ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Domtar A.W. LLC )
Domtar Industries, LLC )
)
)
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Wynnefort Mona Bell |
| Street Address | 1030 N Wallace Drive |
| City and County | Ashdown, Little River |
| State and Zip Code | Arkansas 71822 |
| Telephone Number | (903)701-6946 |
| E-mail Address | wynne_bell@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Domtar A.W. LLC / Domtar Industries LLC |
| Job or Title *(if known)* | |
| Street Address | 285 US Highway 71 South |
| City and County | Ashdown, Little River |
| State and Zip Code | Arkansas 71822 |
| Telephone Number | (870)898-2711 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Americans with Disabilities Act of 1990

Title VII of the Civil Rights Act of 1964

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Wynnefort Mona Bell , is a citizen of the State of *(name)* Arkansas .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* , is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)* .

b.    If the defendant is a corporation

The defendant, *(name)*  Domtar A.W. LLC/Domtar Industries LLC    , is incorporated under the laws of the State of *(name)*  Arkansas    , and has its principal place of business in the State of *(name)*  Arkansas    .

Or is incorporated under the laws of *(foreign nation)*  Canada    , and has its principal place of business in *(name)*  Arkansas    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is seeking recovery for lost wages,both past and present

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff sustained an on-the-job injury in October 2022 at Domtar, Ashdown, Arkansas. After undergoing three surgeries, Plaintiff was released to return to work in December 2023. Defendant failed to make accommodations for Plaintiff, who was ultimately terminated in September 2025. Plaintiff was intentionally denied the ability to return to work based on her disability. Failure to accommodate is in violation of the Americans with Disabilities Act of 1990.
2. Plaintiff also alleges that she was unfairly treated due to age and gender, as she was required to undergo three functional capacity evaluations, as other counterparts were not required to do, violating Title VII of the CRA.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks reinstatement of employment, with full seniority and benefits, along with all lost wages and benefits to date. Plaintiff seeks compensation for future earnings. Plaintiff seeks punitive damages due to the Defendant's negligence in providing a safe, hazard-free work environment. Plaintiff is entitled to punitive damages in the amount of $1,250,000 due to the loss of earning potential from the injury sustained to her dominant hand and the Defendant's intentional refusal to accommodate injury caused by their negligence. Plaintiff's medical recovery was in excess of $113,800.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          March 24, 2026

Signature of Plaintiff         *Wynnefort Mona Bell*

Printed Name of Plaintiff      Wynnefort Mona Bell

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address