IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


WYNNEFORT MONA BELL                                        PLAINTIFF


V.                          NO. 4:26-CV-4024


DOMTAR A.W. LLC; and
DOMTAR INDUSTRIES LLC                                      DEFENDANT


## MOTION TO DISMISS FOR INSUFFICIENT PROCESS
## AND INSUFFICIENT SERVICE OF PROCESS

COME NOW Defendants Domtar A.W. LLC and Domtar Industries LLC, by and through undersigned counsel, and for their Motion to Dismiss Plaintiff's Complaint without prejudice pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5) for insufficient process and insufficient service of process, state as follows:

1.      That Plaintiff filed her Complaint on March 26, 2026. Compl., ECF No. 2;

2.      That Plaintiff also filed an application to proceed in forma pauperis and a motion for service. Appl. to Proceed Without Prepaying Fees or Costs, ECF No. 3; Text Only Mot. for Serv., ECF No. 4;

3.      That on March 27, 2026, the Court granted Plaintiff's application to proceed in forma pauperis and granted Plaintiff's motion for service. Order, ECF No. 6;

4.      That the Court directed the United States Marshal to serve "Domtar A.W. LLC/Domtar Industries LLC" at 285 US Highway 71 South, Ashdown, Arkansas 71822. Order 1, ECF No. 6;

5.      That the summons issued on March 27, 2026, identifies "Domtar A.W. LLC" in the caption and is directed to "Domtar A.W. LLC/Domtar Industries LLC" at 285 US Highway 71 South, Ashdown, Arkansas 71822. Summons 1, ECF No. 7;

6.      That the Return of Service filed on April 17, 2026, reflects attempted service by certified mail to "Domtar A.W. LLC/Domtar Industries LLC" at 285 US Highway 71 South, Ashdown, Arkansas 71822. Summons Returned Executed 1, ECF No. 8;

7.      That the certified-mail return receipt reflects delivery on April 10, 2026, and appears to identify Jason Young as the recipient. Summons Returned Executed 2, ECF No. 8;

8.      That the Return of Service does not identify Jason Young as the registered agent, an officer, a managing or general agent, or any other agent authorized by appointment or law to accept service of process for Domtar A.W. LLC or Domtar Industries LLC. Summons Returned Executed 1–3, ECF No. 8;

9.      That the Arkansas Secretary of State records identify Domtar A.W. LLC as a foreign limited liability company in good standing and identify its registered agent as National Registered Agents, Inc., 320 S. Izard Street, Little Rock, Arkansas 72201. Ex. A;

10.      That the Arkansas Secretary of State records identify Domtar Industries LLC as a separate foreign limited liability company in good standing and identify its

2

registered agent as National Registered Agents, Inc., 320 S. Izard Street, Little Rock, Arkansas 72201. Ex. B;

11.     That Plaintiff did not serve National Registered Agents, Inc., the registered agent for either Domtar A.W. LLC or Domtar Industries LLC;

12.     That Plaintiff has not effected service on either defendant in the manner required by Federal Rule of Civil Procedure 4(h)(1)(B), because the record does not show delivery of the summons and complaint to an officer, managing or general agent, registered agent, or other agent authorized by appointment or law to receive service of process;

13.     That Plaintiff has not effected service on either defendant in the manner permitted by Federal Rule of Civil Procedure 4(h)(1)(A), because the attempted service does not comply with Arkansas law governing service on limited liability companies or other organizations;

14.     That the process is also insufficient under Federal Rule of Civil Procedure 12(b)(4) because the summons and service materials use the combined formulation "Domtar A.W. LLC/Domtar Industries LLC," even though Domtar A.W. LLC and Domtar Industries LLC are separate legal entities, and the process was not directed to the registered agent for either entity;

15.     That actual notice, if any, does not cure insufficient process or insufficient service of process;

16.    That Defendants file this Motion without waiving, and while expressly preserving, all defenses available under the Federal Rules of Civil Procedure, including but not limited to any defenses under Rule 12;

17.    That Defendants incorporate by reference their contemporaneously filed Brief in Support of this Motion.

WHEREFORE, Defendants Domtar A.W. LLC and Domtar Industries LLC respectfully request that the Court dismiss Plaintiff's Complaint without prejudice pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5), and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

J. Cotten Cunningham
Arkansas Bar No. 97238
BARBER MUNSON
*Attorneys for Defendants, Domtar A.W. LLC*
*and Domtar Industries LLC*
One Allied Drive, Suite 1600
Little Rock, Arkansas 72202
Telephone: (501) 372-6175
Email: ccunningham@barberlawfirm.com

4