IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WYNNEFORT BELL                                                                    Plaintiff

v                                             No. 4:26-cv-04024

DOMTAR A.W. LLC and
DOMTAR INDUSTRIES LLC                                                        Defendants

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR
INSUFFICIENT PROCESS AND INSUFFICIENT SERVICE OF PROCESS;
MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

COMES NOW Plaintiff Wynnefort Bell, appearing pro se and in forma pauperis, and respectfully moves this court to deny Defendants' Motion to Dismiss (ECF Nos. 9–10), extend time to effectuate service upon Defendants' registered agent, and reissue summonses separately upon the registered agent of Defendants DOMTAR A.W. LLC and DOMTAR INDUSTRIES LLC via U.S. Marshals Service; and for her Response and Motion, states as follows:

1. Plaintiff timely filed her pro se civil rights action against Domtar A.W. LLC and Domtar Industries LLC (collectively "Defendants") on March 26, 2026, following an on-the-job permanent injury to her dominant hand and ensuing discrimination, retaliation, and termination by Defendants. (See ECF No. 2.)

2. Plaintiff entered the physical address for Defendants in her draft summonses, when prompted to enter Defendants' names and addresses.

1

3. Plaintiff submitted an application to proceed in forma pauperis and a motion for service, (ECF Nos. 3–4), which the Court granted, (ECF No. 6).

4. The Court issued summons and directed the United States Marshal to serve Domtar A.W. LLC and Domtar Industries LLC at 285 U.S. Highway 71 South, Ashdown, Arkansas 71822. (ECF Nos. 6–7.) Service was made by certified mail to that address. (ECF No. 8.)

5. The service recipient did not willfully identify himself or herself as a registered agent, officer, or managing or general agent for either of the Defendants. His or her signature is indiscernible to Plaintiff. (See ECF No. 8.)

6. The Arkansas Secretary of State records provided by Defendants identify Domtar A.W. LLC as a foreign limited liability company in good standing, whose registered agent is National Registered Agents, Inc., 320 S. Izard Street, Little Rock, AR 72201. The foreign address listed for Domtar A.W. LLC is 285 Highway 71 South, Ashdown, AR 71822. (ECF 9-1.)

7. The Arkansas Secretary of State records provided by Defendants identify Domtar Industries LLC as a foreign limited liability company in good standing, whose registered agent is National Registered Agents, Inc., 320 S. Izard St., Little Rock, AR 72201. The foreign address listed for Domtar Industries LLC is 160 Greentree Drive, Suite 101, Dover, DE 19904. (ECF No. 9-2.)

8. The Federal Rules of Civil Procedure allow service to be made on limited liability companies within the United States by either "delivering a copy of

2

the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process" (FRCP 4(h)(1)(B)) or by effecting service in a manner consistent with state law (FRCP 4(h)(1)(A)).

9.  Arkansas's service-of-process rule (ARCP 4(f)(6)) states:

    *Limited Liability Companies.* **Service** on a limited liability company **shall be on its registered agent** for service of process, or the agent's secretary or assistant; a manager of a limited liability company…, or the manager's secretary or assistant; a member of a limited liability company…, or that member's secretary or assistant; a managing or general agent of the limited liability company, or the agent's secretary or assistant; any agent authorized by appointment or by law to receive service of process; **or as provided by an applicable statute**. (Emphasis added)

10. Arkansas statute § 4-38-119 provides that:

    a) A limited liability company or **registered foreign limited liability company** *may* **be served with any process**, notice, or demand required or permitted by law **by serving its registered agent**.
    …
    e) **Service of process**, notice, or demand **may be made by other means under law other than this chapter.** (Emphasis added)

11. The Federal Rules of Civil Procedure requires courts to extend time for effectuating service of process when good cause exists. (FRCP 4(m).) <u>See Adams v. Allied Signal Gen. Aviation Avionics, 74 F.3d 882, 887 (8th Cir. 1996)</u>.

12. Pro se status entitles a Plaintiff to rely on service by United States Marshal. <u>See</u> <u>Wright v. First Student, Inc., No. 12-3210 (8th Cir. 2013)</u> ("The court staff were obligated to prepare the summons and provide it to the USMS, and

3

the USMS was obligated to effect service. <u>See</u> 28 U.S.C. § 1915(d) (when plaintiff proceeds IFP, officers of the court shall issue and serve all process, and perform all duties in such cases); Fed. R. Civ. P. 4(c)(3) (when plaintiff proceeds IFP, district court must order that service be made by USMS or by person specially appointed by the court).")

13. Alleged ineffective service that resulted from the actions or inactions of USMS or court staff is good cause for extending time to effect service under Rule 4.

14. Plaintiff's pro se and in forma pauperis statuses, and her thankful dependence on service-of-process by United States Marshal, demonstrate that any failure to properly form, issue, and deliver summonses to Defendants within the allotted time-period warrants an extension of time to effectuate service. (See FRCP 4(m).)

15. Dismissal of Plaintiff's Complaint, even without prejudice, would prejudice Plaintiff and deprive her an opportunity to remedy the physical, economic, and professional damages, pain, and suffering inflicted upon her by Defendants.

16. Defendants' motion to dismiss identifies the address to which service should be made for each defendant: 320 S. Izard Street, Little Rock, AR 72201.

WHEREFORE, Plaintiff Wynnefort Bell respectfully prays that this Court deny Defendants Motion to Dismiss (ECF Nos. 9–10); extend time to effectuate service upon the Registered Agent of Defendants DOMTAR A.W. LLC and DOMTAR

4

INDUSTRIES LLC, "NATIONAL REGISTERED AGENTS, INC.  320 S. Izard Street, Little Rock, AR 72201," and reissue summonses separately upon the above-addressed Registered Agent of Defendants DOMTAR A.W. LLC and DOMTAR INDUSTRIES LLC through the United States Marshals Service.

Respectfully submitted,

Wynnefort Bell
*Pro se* Plaintiff

1030 N. Wallace Drive
Ashdown, AR 71822
(903)701-6946
wynne_bell@yahoo.com

5

## <u>CERTIFICATE OF SERVICE</u>

I, Wynnefort Bell, certify that on June ____, 2026, I presented a copy of this Response and Motion to the Clerk of the Court to be filed and uploaded via CM/ECF for Defendants' access.

Wynnefort Bell
_____
Wynnefort Bell
*Pro se* Plaintiff